FILED

APR 2 9 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E Filing

WHA

(PR)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

CV 08 2233

_Marcio Foreman_
(Name of Plaintiff)
_P.O. Box 600_
(Address of Plaintiff)
_Tracy, CA, 95378_

_____ (Case Number)

vs.

_S. Moore / J. Guevarra_
_S. Dewight / R. Rackley_

COMPLAINT

_____
(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner:    ☐ Yes    ☑ No

    B. If your answer to A is yes, how many?: _N/A_    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

      1. Parties to this previous lawsuit:

        Plaintiff _Marcio Foreman_

        Defendants _S. Moore, S. Dewight, R. Rackley,_
        _J. Guevarra._

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**      Rev'd 5/99

2. Court (if Federal Court, give name of District: if State Court. give name of County)

_N/A_

3. Docket Number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?   ☑ Yes        ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                        ☑ Yes        ☐ No
      If your answer is no, explain why not _____

   _____

   C. Is the grievance process completed?                          ☑ Yes        ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank. his/her official
   position in the second blank, and his/her place of employment in the third blank.  Use item B
   for the names, positions and places of employment of any additional defendants.)

   A. Defendant _S. MOORE_ is employed as _The Warden_
      _AF Devel Vocational Institution_

   B. Additional defendants _J. Guevarra, S. Dewight, R. Rackley_

   _____

   _____

   _____

   _____

4

IV.    Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach extra sheets if necessary.)

SEE Exhibit (1) Civil Complaint

V. Relief.

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

See Civil Complaint

Signed this 20 day of April , 19 2008 .

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

4/20/08
(Date)

_____
(Signature of Plaintiff)

5

1  Marcio. Forman - F-97105                    Exhibit (1)

2  P.O. Box 600

3  Tracy CA. 95378

4

5

6

7

8                    United States District Court

9                    Eastern District of California

10

11

12  MARCIO FOREMAN                    CASE No *_____
          PLAINTIFF,
13  VS-                               Civil Rights Complaint
14  S. MOORE - Warden, Et.AL.
15          DEFENDANT

16                    I. Jurisdiction

17          1). This is a Civil Rights Action being filed
18  in accordance with § 42. U.S.C §1983 §1341 and 1342.

19                    II. Plaintiff

20          2) Plaintiff Marcio Foreman is an inmate
21  to the herein cause of action incarcerated at.
22  Devel Vocational institution (D), VI.)

23                    III Defendants

24          3) Defendant S. Moore is the warden
25  of Devel Vocational institution and at all times,
26  mentioned in this Complaint acted as the warden
27  and is being Sued in his official capacity

28  //

                        - 1 -

1    4) DEFENDANT J. GUEVARRA is A Correctional

2  Counselor (I) AND AT All times mentioned in this,

3  Complaint Acted As The Counselor(I) AND is being sued

4  in his official Capacity.

5         5) DEFENDANT S. Dewight is The (A.D.A.)

6  Coordinator who AT All times mentioned in this,

7  Complaint is being sued in his official Capacity

8         6) DEFENDANT K. Nackley is The Associate Warden

9  who AT All times mentioned in this Complaint is

10  Being Sued in his Official Capacity.

11                  - FACTS -

12         7).  SEE Attached Letter Exhibit (2)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

To: Devel Vocational Institution
    23500 Kasson Rd
    Tracy CA, 95378

From: Mr. Marcio Foreman
      F.97105    F.Dorm #22

Re: <u>Emergency Medical Treatment</u>

To Whom it may Concern:

<u>- introduction -</u>

My name is Marico Foreman a prisoner at Devel Vocational Institution (D.V.I.)

<u>Verification of Disability</u>

On 10/31/08 i was shot, and ended up as a paraplegic. See Exhibit A) Letter from Itzas Chaidech

On 10/24/07 a letter was written by Doctor, Rebekah Chang decribing my Diabetes situation. See Exhibit B) Letter

<u>- History Summary -</u>

On 2/8/08 while sleeping i woke up on 2/9/08 and found that i had been burn on my left foot by a heater next to my bed That had wires exposed.

On 2/25/08 17 day later i was seen in The emergency Room at (D.V.I) by Dr. Griffin who consulted with Dr. Bakko whom Determine That i needed to go to a outside Hospital where i was treated at Menteca Doctor Hospital.

- 1 -

1    PRIOR to going to the MENTECA Hospital my
2    Medical issue was Documented on a C.D.C. PROGRESS Notes
3    Documenting my BURN. SEE Exhibit 3) PROGRESS Notes
4    ON 2/25/08 i WAS SENT to the EMERGENCY Room at
5    At MENTECA Doctor Hospital and WAS GIVEN X-Rays and
6    microbiology etc. SEE exhibit (4) Physician ORDER
7    I WAS returned to (D.V.I) where the ORDERS from
8    Doctors Hospital were Not Complied With.
9                    - Diagnosis -
10    I was Summon to DRESSING Charged on 3/17/08
11    Was told by (P.H.) CRAWford...
12            -:- " I am going to talk to the head
13            Doctor about your situation
14            Because your foot has Gotten worst
15    ON 3/18/08 i was seen in the EMERGENCY Room at (D.V.I)
16    About my foot; where as the Doctor Notice Swelling to,
17    The BURN area of my fool.
18            on Numerous occassion i was ordered
19    4 series of urgent orders,
20            1). ON 3/10/08 Dr. Newman ordered Lab,
21    Work and a Physician request for Surgery.
22            2). ON 3/17/08 i was intervied by Dr Newman
23    regarding a i.U. 60% about Not receiving Thrapy.
24    And Dr. Newman wrote an urgent order for a,
25    Possible Skin Graph; This will be Dr Newman Second
26    order
27//
28//

- 1 -

1

2

3

3) ON 3/18/08, the Podiatrist Dr. MARRAN),
(D.M.P), wrote a urgent Request for me to see a
surgent about my foot condition.

4

5

6

7

4). ON 3/18/08 i was in the emergency
room at (O.V.I) and was told by (P.A) Boltinham That,
She will submit a urgent request for me to be seen by a
Surgent. "

8

9

10

11

5). ON 3/19/08 Dr. BARKo informed me
that "your Foot looks real bad, something is definitely
going bad. I am going to put in a urgent request in
For you to be seen by a Surgent"

12

13

14

6). ON 3/19/08 40 day after the Burn, medical
officials, who knew that i was a Diabetic than,
Decided to take X-Rays and wound culture.

15

16

17

18

7) ON 3/19/08 for the first time since being
here in (D.V.I) I was seen by the Optometry
for the first time for eye check due to being a
Diabetic.

19

20

21

22

" it should be noted that medical
official waited 40 day to do lab
work. Culture's for the burn to my
Foot and 2 X-Rays.

23

24

25

26

27

28

1    Q have Sit back And documented
2  Any And All ictivities regarding any health
3  And Condition of all illegal misconduct my medical
4  Staff SEE Exhibit(5) DOCUMENTATION

5       I'm in great Need of Physical Threathy in,
6  Which my Doctor has made Clear, of Such Need,
7  SEE Exhibit(6) Letter from THREAVEST Todd TANNER
8       Being a Diebetic Not being given the.
9  right medical protocall to A Diebetic Needs. My,
10  health is being put at risk for Stroke. Amputation,
11  or Sever-acute Cardiac Arrest.
12       My mom Ms. Rhonda Jackson hadi
13  A Stroke And is Unable to Travel Which is
14  A hardship Upon her and myself. See Exhibit(7)
15  Visitor restriction Troy Kail (M.D.) for Rhonda Jackson
16       On 2/11/08 I Was Seen by(P.A) Crawford Who,
17  Clearly falsified A medical Record (S.O.A.P.E) Report
18  Claiming That i Knew, my foot was on A very hot
19  heater! See Exhibit(8) S.O.A.P.E. Report
20       It Show be Noted That i Am, A Paraplegic
21  from Waist down SEE Exhibit(9) Report S.O.A.P.E
22       But (P.A.) has Said That i Knew, my foot
23  Was on the heater. But At the Same time,
24  Crawford stated in Exhibit(9) That i am a
25  Parapligic.

26

27

28

-4-

1  it is all to well Clear that medical
2  staff has used prevaricating issue to keep from
3  performing their established protocall that has,
4  been created by medical guide Line for Diebatic.
5        Being A Diebetic, Not being given
6  the right protocall of treatment or of Medication.
7        my health, is being put at risk for,
8  for Stroke. Amputation or Sever acute Cardiac
9  Arrest.
10       Due. to the prolong Lack, of medical
11 professionalism and treatment. I feel Bothered
12 And very much Threaten that something may,
13 happen to me medically/physically That,
14 Would have Sever impact on my future
15 health and well being therefore i feel
16 that my health is in Perils.
17              - PRAYER -
18       1) that an investagation be conducted into
19 why was i Not given Cultures as a Diebetic ,
20       2). Why did it take 40 days to Conduct,
21 Blood Work, And all of the protocall that go Along,
22 with being A Diebatic.
23       3) why was staff "medical" Aloud to
24 willfully to falsified medical records see exhibit(8)
25 Which violates Penal Code §134 for paring False Evidents.
26
27
28

- 5 -

1    41. AS A DIEBETIC WHY WAS MY MEDICAL

2 RECORDS NOT GIVEN PRIORITY.

3            THEREFORE IT WAS ONLY LOGICAL

4 FOR ME TO DOCUMENT THE HEREIN OCCURRANCES

5                    Respectfully Submitted

6 Dated: 4/20/08         X    marine Foreman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit (1)

LETTER FROM I.ILYAS
Chaudry M.D.

*Exhibit 1*

 **KAISER PERMANENTE®**    Kaiser Permanente Medical Center

October 5, 2007

To Whom It May Concern:

Marcio Foreman suffered a gunshot wound to his spine in late October 2003, and as a result is now a paraplegic. He was under my care at Kaiser Vallejo Rehabilitation Center receiving therapies to assist him in his recovery, following spinal cord surgery at Kaiser Oakland. His activities have been severely limited by his spinal cord injury, and he is dependent on a wheelchair for mobility.

Marcio has a history of pressure sores. He has a neurogenic bowel and bladder which requires self catherization every three to four hours. Marcio will continue to require medical attention for the rest of his life. He is scheduled to attend Out Patient Physical Therapy here at Kaiser Vallejo in the near future.

Dr. Rebecca Chang of Kaiser Vallejo is the primary physician for Marcio. I continue to monitor his rehabilitation care.

Respectfully,

Ilyas Chaudry, M.D.
(707)651-1044

Exhibit (2)

LETTER FROM KASIER
MEDICAL GROUP

# The Permanente Medical Group, Inc.
**Medicine 2**
**975 Sereno Drive**
**Vallejo, CA 94589-2441**
**Dept: 707-651-1025**
**Main: 707-651-1000**

*Exhibit 2*

October 29, 2007

Marcio Foreman
1260 Stanford Ave # 4

San Pablo, CA 94806

To Whom it May Concern:

I am the primary care physician for the above named patient. He has the following medical conditions:

Patient Active Problem List:
 DIABETES MELLITUS TYPE 2
 PARAPLEGIA
 ULCER, DECUBITUS - uses mepilex foam for protection of this area left buttock
 ULCER, ISCHEMIC LOWER EXTREMITY - none active
 OSTEOMYELITIS, CHRONIC
 CLOSED FRACTURE VERTEBRAL COLUMN, WITH SPINAL CORD INJURY
 LATE EFFECT OF INJURY SPINAL CORD
 PERSONAL CONDITION INFECTION WITH DRUG RESISTANT
MICROORGANISMS
 NEUROPATHIC BLADDER

He currently takes the following medications:
**Medications the patient reported as taking as of 10/29/2007**

| Name | Sig | Dispense | Refill |
|---|---|---|---|
| • PGE1 PAPAVERINE 20 MCG-30 | directed as needed Days. | 10 | 5 |
| • HYDROCODONE-ACETAMINOPHEN 5 MG-500 MG TAB | Take 1 to 2 tablets orally every 4 hours when needed for pain LIMIT OF 8 PER DAY | 100 | 0 |
| • ASPIRIN   81 MG ORAL TBEC DR TAB | Take 1 tablet orally daily | 100 | 0 |
| • OXYBUTYNIN CHLORIDE  5 MG ORAL TAB | Take 1 tablet orally 3 times a day | 300 | 2 |
| • BACLOFEN 10 MG ORAL TAB | Take 3 tablets orally 6 times a day | 1200 | 3 |

- METFORMIN   500 MG ORAL TAB Take 1 tablet orally daily with food      100      3
- LISINOPRIL  5 MG ORAL TAB        Take 1 tablet orally daily                  100      3

He has the following special medical needs:

He needs to self-cath every 4 hours due to neuropathic bladder
He takes baclofen 3 tabs every 4 hours - for muscle spasms.
He uses fleet enemas (2) and fleet suppositories every 2-3 days to achieve BM
He uses bedpan b/c of hx of bedsores.
He requires a shower bench in shower due to paraplegia.
He uses wheelchair with custom Robo cushion
Currently he sleeps on an air mattress to help prevent bedsores.
He uses waffle boots while sleep to keep legs from turning inward.
For transfers into and out of bed, he uses sliding board.
He uses thick cream skin protectant to prevent breakdown of skin and uses skin barrier wipes.
He uses mepilex foam for protection of this area left buttock - he needs first aid tape to secure the foam
He uses latex gloves for assisted bowel movements and catheterization for urine.

Sincerely,

REBEKAH CHANG MD

Exhibit E

PROGRESS NOTES

| DATE | TIME | |
|---|---|---|
| 2/19/08 | | **S** SLU on wound |

**O** BP 110/72  P 99  R 18  WT 170  O₂  T 97.2
Approx.

**A** ~~DEFER~~ Altered Skin integrity

**P** **REFER TO MD/PA/FNP** BY:

Addendum!

2-19-08
0845
Here for 7/10 apt RT Thermal burn
to L foot. States his compliant c̄ tx as
ordered. Upon further Assessment inmate
has burn noted to heal the procedures to the
sole of the foot. Noted some Serosanguinis
drainage + minimal drainage — [signature] RN

"2/11/08 foot rested on a heater." ♯ pt has 6 cm × 3 cm
ruptured blister over ① plantar foot. No c/o pain.



① 6 cm

FSBS aug 2 130    4 cm    Serous drainage

no ascending cellulitis ; no
AIC 661    ascending cellulitis streak.

Ⓐ ① 2nd degree burn ② DM ~ contr
Ⓑ ① silvadene application / non adherent dressing
② daily ✓ until healed
③ on septra from 2/8 - 2/18
④ will extend septra

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
Foreman Marcio
F97105

**INTERDISCIPLINARY PROGRESS NOTES**

Exhibit (4)
- Physician Order -

EXHIBIT (2)
- 7 PAGES -

# DOCTORS HOSPITAL MANTECA
1205 E. North Street Manteca, CA 95336
(209) 823-3111
## AFTERCARE INSTRUCTIONS

FOREMAN, MARCIO  01/29/1974
ACCT# 0522031  02/25/2008  19:08
SMEESTER DANIEL J MR:000313884  M  34Y
DHM  HSV:85  FC:FinancialClass  PT:3

| PRESCRIPTION | ☐ See controlled substance Rx | | | | |
|---|---|---|---|---|---|
| **DRUG NAME** GENERIC EQUIVALENT UNLESS INITIALED | **SIG** | | No. | Refill | J WOODBURY 20A5306 D SMEESTER A86415 R NOCERINI A87033 G MOORE G62634 S HERINGER 20A9055 G HACHIGIAN G052260 S RAMAKRISHNAN A73586 T WENDEL G86425 M MALLATT CAPA017004 W GUTIERREZ CAPA016176 |
| Keflex 500~ ↑ po QM | | | 40 | O | |
| Silvadene Cream | Apply bid ↑ e pm | | | | |

┘ DETACH PRESCRIPTION HERE ↓    A2226V    OO _____  **D.O./M.D./PA**

PLEASE BE SURE THAT YOU HAVE READ AND UNDERSTAND ALL INSTRUCTIONS BEFORE SIGNING. THE EXAMINATION AND TREATMENT YOU HAVE RECEIVED HAS BEEN RENDERED ON AN EMERGENCY BASIS ONLY AND IS THEREFORE NOT INTENDED TO BE A SUBSTITUTE FOR, OR AN EFFORT TO PROVIDE COMPLETE MEDICAL CARE.

IT IS IMPORTANT THAT YOU ARRANGE FOR FOLLOW-UP CARE WITH YOUR PRIVATE PHYSICIAN OR REFERRAL AND THAT YOU REPORT ANY NEW OR CONTINUING PROBLEMS. THIS ENSURES CONTINUITY AND PROPER TREATMENT OF YOUR MEDICAL CONDITION. THIS CONTINUITY OF CARE IS IMPORTANT BECAUSE IT IS IMPOSSIBLE TO RECOGNIZE AND TREAT ALL ELEMENTS OF INJURY OR ILLNESS IN A SINGLE EMERGENCY DEPARTMENT VISIT. PLEASE BRING THIS INSTRUCTION SHEET AS WELL AS ANY PRESCRIBED MEDICATIONS TO YOUR FOLLOW UP VISIT.

PRELIMINARY XRAY AND OTHER STUDIES DONE IN THE ED WILL BE REVIEWED AND YOU WILL BE ADVISED OF ANY SIGNIFICANT FINDINGS. WHEN YOU FOLLOW UP WITH YOUR PRIVATE PHYSICIAN THESE STUDIES MAY BE REVIEWED AND ARE AVAILABLE TO YOUR DOCTOR.

REMEMBER THAT MOST ILLNESSES AND MANY MEDICATIONS CAN AFFECT YOUR ALERTNESS. IF YOU ARE NOT AS ALERT AS USUAL, YOU MUST AVOID DANGEROUS ACTIVITIES SUCH AS DRIVING A CAR, WORKING WITH MACHINERY, PILOTING AIRCRAFT, OR WORKING IN HIGH OR UNPROTECTED PLACES.

**\* THE EMERGENCY DEPARTMENT DOES NOT PROVIDE ROUTINE FOLLOW UP IN MOST CASES \***
**\* HOWEVER WE ASK THAT YOU RETURN IF YOUR CONDITION WORSENS \***

☑ **Exitcare Diagnosis** 3rd Degree Burn (1) foot Q PVD (3) Diabetic Neuropul

☐ Call your doctor or referral for an appointment for recheck within ___ days and to go over final x-ray and culture reports

Wnd c H2O; typial Silvadne or Neosporan BID
Tylenol or Motrin po for pnc or pain

Wound check _____ days  Stitches/Staples out in _____ days         Eye Injury recheck _____ hours

*I HEREBY ACKNOWLEDGE THAT I HAVE RECEIVED*
*AND UNDERSTAND THESE AFTERCARE INSTRUCTIONS*  **PATIENT SIGNATURE:** _____
↓ DETACH HERE ↓

| **WORK EXCUSE** | **SCHOOL EXCUSE** |
|---|---|
| **NAME** ☐ No work for _____ days  OR  ☐ May return to work on _____ (date) **WORK RESTRICTIONS** ☐ May return to work with the following restrictions on _____ (date) ☐ limited lifting to _____ lbs  ☐ Limited bending/stooping/crawling/ kneeling ☐ Limited standing/walking  ☐ Limited climbing/balancing ☐ Limited use of Right hand  ☐ Limited use of Left hand | ☐ No school for _____ days OR ☐ May return to school on _____ (date) ☐ No Physical Education for _____ days |

RN _____        D.O./M.D./PA 2/25 Date



# Doctors Hospital
## Of Manteca
Tenet California

| ORDERS | Allergies: ☐ NKA |
|---|---|

**ADDITIONAL ORDERS**

### ORDERS
- ☐ ORTHOSTATS
- ☐ FINGER STICK BS
- ☐ CARD MONITOR/BP MONITOR
- ☐ PULSE OX   ☐ ABG
- ☐ O2 @___
- ☐ EKG

#### LAB
- ☐ CBC
- ☐ BMP
- ☐ CMP
- ☐ LIPASE   ☐ AMYLASE
- ☐ SERUM KETONES
- ☐ UA
- ☐ U-PREG   ☐ QUAL SERUM PREG
- ☐ QUANTITATIVE HCG
- ☐ CARDIAC ENZ PROTOCOL
- ☐ BNP
- ☐ PT   ☐ PTT
- ☐ D-DIMER
- ☐ ESR   ☐ CRP
- ☐ HOLD CLOT
- ☐ TYPE&CROSS____UNITS PRBC's
- ☐ TYPE & RH

#### LEVELS
- ☐ TYLENOL   ☐ ASPIRIN
- ☐ BLOOD ALCOHOL
- ☐ URINE DRUG SCREEN
- ☐ AMMONIA
- ☐ TSH      ☐ Free T4
- ☐ DIGOXIN
- ☐ DILANTIN
- ☐ TEGRETOL (carbamazapine)
- ☐ DEPAKOTE (valproic acid)

#### XRAY
- ☐ CXR      PORT      2VIEW
- ☐ ABD      SINGLE    3VIEW
- ☐ Cervical Sp9ine x-ray
- ☐ L/S Spine x-ray

- ☐ CT CHEST ☐ w/o CONTRAST
  - ☐ PE PROTOCOL ☐ w/CONTRAST
- ☐ CT ABD/PELVIS
  - ☐ w/CONTRAST ☐ Oral ☐ IV
  - ☐ w/o CONTRAST
- ☐ CT HEAD w/o CONTRAST
- ☐ CT C-SPINE w/o CONTRAST
- ☐ MRI/MRA BRAIN

#### MICROBIOLOGY
- ☐ BLD CULT      One  /Two
- ☐ URINE CULT
- ☐ GC/CHLAMYDIA
- ☐ STREP SCREEN
- ☐ RSV
- ☐ LP PANEL      #1 GM STN/C&S
  #2 PROT/GLUC #3 CLL CT/DIFF

### ADDITIONAL ORDERS
- ☐ COMPLAINT BASED PROTOCOL INITIATED
- ☐ LET to wound   ☐ EMLA to wound   ☐ 1% LICOCAINE  ☐ 0.5% SENSORCAINE  ☐ WITH EPI
- ☐ LACERATION SET UP ☐ INDERMIL   ☐ DERMABOND ☐ STAPLER   ☐ Irrigate please
- ☐ Eye Tray w Flour/strip, Alcaine, Black light
- ☐ Bacitracin-polymyxin sulf 3.5gm Opthalmic ointment   ☐ Acuity R 20/____   L 20/____
- ☐ Sulfa 10% Opthalmic Drops       ☐ Poly/Time Opthalmic Drops
- ☐ OLD H&P ☐ DISCHARGE SUMMARY ☐ LAST ED VISIT ☐ OLD EKG ☐ MY LAST ED VISIT

| Time order | Medication / Treatment | Time given |
|---|---|---|
| | ☐ ASA 325 mg PO ☐ ASA 81 mg PO ☐ ASA given PTA (☐ home ☐ Ambulance) | |
| | ☐ NTG 1/150 SL Q 5min times 3 doses      ☐ NTG ____ inch to chest | |
| 1938 | ☐ Saline Lock   ☐ IV 360 cc/p 15/hr ☐ Accucheck | |
| 1953 | | |
| 1955 | | |
| 1956 | | |
| 2125 | | |

**RESPIRATORY THERAPY**
- ☐ HAND HELD NEB        ☐ HEART NEB
- ☐ ALBUTEROL ☐ 2.5mg      ☐ 5mg ☐ 7.5mg   ☐ 10mg
- ☐ ATROVENT  ☐ 500 mcg    ☐ 250 mcg
- ☐ DECADRON  ☐ 4mg        ☐ _____mg
- ☐ XOPENEX   ☐ 0.625mg   ☐ 1.25mg      ☐ 2.5mg
- ☐ RACEMIC EPI UNIT DOSE

- ☐ SINGLE NEG WITH:
  ALBUTEROL 5mg/ATROVENT 500mcg/ DECADRON 4mg

- ☐ HEART NEB OVER 1 HOUR WITH:
  ALBUTEROL 10MG/ ATROVENT 500 MCG/ DECADRON 4mg

PHYSICIAN SIGNATURE: _____

### TAKE HOME MEDICATION
I have dispensed a limited supply of Emergency Medication and have given written and verbal instructions regarding its use to the patient. I have completed medication counseling with the patient including side effects.

☐ MD initials:

---

## EMERGENCY DEPARTMENT
## PHYSICIAN ORDER SHEET



FOREMAN, MARCIO  01/29/1974
ACCT# 0522031  02/25/2008  19:08
SMEESTER DANIEL J MR 000313864 M 34Y

```
DOCTORS HOSPITAL OF MANTECA                    Patient  : FOREMAN, MARCIO
Clinical Laboratory                            Med Rec #: (0002)000313884
1205 E. North St.                              Loc./Room: EMERGENCY ROOM
Manteca, CA 95336                              Account #: 00000522031
                            FINAL
Directors: Delta Pathology                     D.O.B. :  01/29/1974
           Associates    LABORATORY REPORT     Age : 34 YRS   Sex : M
Phone (209) 239-8320                           Physician: SMEESTER, DANIEL M.D
```
-----------------------------------------------------------------------------------------

****************************************************************************************
                        HEMOGRAMS & COMPLETE BLOOD COUNTS
****************************************************************************************

```
               DATE COLLECTED:  02/25/08
               TIME COLLECTED:   2040
  PROCEDURE         UNITS                                              REF RANGE
```

##### ***** Hemograms *****

| PROCEDURE | UNITS | | REF RANGE |
|---|---|---|---|
| WBC X 10^3 | /cmm | 8.0 | 4.8-10.8 |
| RBC X 10^6 | /cmm | 4.68L | 4.70-6.10 |
| HGB | g/dl | 13.4L | 14.0-18.0 |
| HCT | % | 41.0L | 42.0-52.0 |
| MCV | fL | 87.5 | 80.0-94.0 |
| MCH | pg | 28.8 | 27.0-31.0 |
| MCHC | g/dL | 32.9 | 32.0-36.0 |
| RDW | % | 12.6 | 11.5-15.5 |
| PLT X 10^3 | cmm | 253 | 130-400 |
| MPV | fL | 8.8 | 7.4-10.4 |

##### ***** Automated Differential *****

| PROCEDURE | UNITS | | REF RANGE |
|---|---|---|---|
| NEUTROPHILS | % | 45.1 | 43.0-65.0 |
| LYMPHOCYTES | % | 41.3 | 20.5-45.5 |
| MONOCYTES | % | 7.7 | 5.5-11.7 |
| EOSINOPHILS | % | 5.0H | 0.9-2.9 |
| BASOPHILS | % | 0.9 | 0.2-1.0 |
| NEUT X10^3 | /cmm | 3.6 | 1.4-6.5 |
| LYM X 10^3 | /cmm | 3.3 | 1.2-3.4 |
| MONO X10^3 | /cmm | 0.6 | 0.1-0.6 |
| EOS X 10^3 | /cmm | 0.4 | 0.0-0.7 |
| BASO X10^3 | /cmm | 0.1 | 0.0-0.2 |

Footnotes
L = Low, H = High

-----------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------
           HEMATOLOGY
```

```
DOCTORS HOSPITAL OF MANTECA                     Patient  : FOREMAN, MARCIO
Clinical Laboratory                             Med Rec #: (0002)000313884
1205 E. North St.                               Loc./Room: EMERGENCY ROOM
Manteca, CA 95336                               Account #: 00000522031
                             FINAL
Directors: Delta Pathology                      D.O.B. :  01/29/1974
           Associates     LABORATORY REPORT     Age :  34 YRS    Sex :  M
Phone (209) 239-8320                            Physician: SMEESTER, DANIEL M.D
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                        COAGULATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
              DATE COLLECTED:  02/25/08
              TIME COLLECTED:  _2040_
PROCEDURE        UNITS                                              REF RANGE

                              Coagulation *****
PROTIME          sec         9.9                                   9.8-12.0
INR                          1.0
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
          COAGULATION

```
DOCTORS HOSPITAL OF MANTECA                      Patient  : FOREMAN, MARCIO
Clinical Laboratory                              Med Rec #: (0002)000313884
1205 E. North St.                                Loc./Room: EMERGENCY ROOM
Manteca, CA 95336                                Account #: 00000522031
                              FINAL
Directors: Delta Pathology                       D.O.B. :  01/29/1974
           Associates     LABORATORY REPORT      Age : 34 YRS  Sex :  M
Phone (209) 239-8320                             Physician: SMEESTER, DANIEL M.D
```

----------------------------------------------------------------------------

***************************************************************************************

                              CHEMISTRY PROFILES

***************************************************************************************

```
                DATE COLLECTED:  02/25/08
                TIME COLLECTED:    2040
     PROCEDURE        UNITS                                         REF RANGE

                              ***** Chemistry Profiles *****

     SODIUM           mmol/L    138                                133-145
     POTASSIUM        mmol/L    4.3                                3.3-5.1
     CHLORIDE         mmol/L    103                                96-108
     CO2              mmol/L    30                                 26-31
     GLUCOSE RANDOM   mg/dl     97                                 70-105
     CREATININE       mg/dl     1.0                                0.7-1.2
     BUN              mg/dl     10                                 6-20
     TOTAL PROTEIN    gm/dl     7.2                                6.0-8.0
     ALBUMIN          gm/dl     4.0                                3.2-5.2
     CALCIUM          mg/dl     9.2                                8.4-10.2
     BILIRUBIN TOTAL  mg/dl     0.2                                0.0-1.2
     ALK PHOS         U/L       69                                 40-129
     SGOT/AST         U/L       21                                 10-34
     SGPT/ALT         U/L       48                                 8-63
     GLOBULIN         gm/dl     3.2                                2.1-3.5
     A/G RATIO                  1.3                                0.9-2.0
```

          CHEM PROFILES

© 1996 - 2006 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**12**

**Doctors Hospital**
Of Manteca
Tenet California

**EMERGENCY PHYSIAN RECORD**
**Foot or Ankle Injury** (4)

DATE: 2/25    TIME: 2000    ☐ on arrival
ROOM: 14    EMS Arrival _____
EMS treatments ordered_____
HISTORIAN: ~~patient~~ spouse paramedics_____
__ HX / __ EXAM LIMITED BY: _____

## HPI

**chief complaint:** (Injury to:) right /left
(foot) ankle leg knee thigh
great toe 2nd toe 3rd toe 4th toe 5th toe

**duration / occurred:**    **where:**
just prior to arrival    home    school
\today_____    neighbor's    park
yesterday_____    work    street
_____ days ago

**severity of pain:**    worse / persistent since_____
(mild) moderate severe    pain intermittent / lasting_____

**context:** fell twisted direct blow stubbed laceration (burn)
barefoot / wearing shoes_____

**associated symptoms:** painful / unable to bear weight
snap / crack / pop sensation_____ moisture

## ROS
loss feeling / power arms / legs    trouble breathing / chest pain
tingling / numbness distally_____    loss of bladder function_____
headache / neck pain_____    suspected FB (skin lac)_____
double vision / hearing loss_____    recent fever / illness_____
nausea / vomiting_____    ☐ all systems neg except as marked

**SOCIAL HX** smoker_____    drug use / abuse_____
recent ETOH _____    lives alone_____
lives at home prison    lives in nursing home_____
**FAMILY HX** \negative

**PAST HX** __ negative __ prior injury
diabetes Type 1 /(Type 2) diet / oral / insulin_____
HTN heart disease_____
Meds- __ none / see nurses note_____
Allergies- __ NKDA / see nurses note_____

☐ Nursing Assessment Reviewed ☐ Vitals Reviewed ☐ Tetanus immun. UTD
V/S BP_____ HR_____ RR_____ Temp_____
Pulse Ox___ % on RmAir/___ L- Interp:___ nl___ low___ hypoxic

## PHYSICAL EXAM
**GENERAL APPEARANCE**
__ no acute distress    __ mild / moderate / severe distress_____
__ alert    __ anxious / lethargic_____
**EXTREMITIES**
**FOOT**    __ see diagram 3º degree burn Ⓛ ft
__ nml inspection    __ tenderness soft-tissue / bony _____
__ non-tender    \swelling / ecchymosis_____
    __ limited ROM_____
    due to: pain / functional deficit
    __ deformity_____
    __ nail injury

---

FOREMAN, MARCIO 01/29/1974
ACCT# 0522031 02/25/2008 19:08
SMEESTER DANIEL J MR:000313884 M 34Y
DHM HSV:65 FC:FinancialClass PT:3

**ANKLE**    __ see diagram_____
\nml inspection    __ tenderness soft-tissue / bony_____
\nml-tender    \swelling / ecchymosis_____
\nml ROM*    __ limited ROM_____
\stable    __ deformity_____
    __ ligamentous instability_____

R    L    R    L

R    L

L    R

R    L

T=Tenderness S=Swelling
E=Ecchymosis B=Burn
C=Contusion Lac=Laceration
A=Abrasion
PW=puncture wound
(∅ =without m=mild
mod=moderate sv=severe)
Example- Tsv = Tenderness on
palpation (severe)

**GAIT**    \limited by pain / unable to bear weight_____
__ normal    __ antalgic gait_____
    __ gait not tested due to pain_____

**NEURO**    __ digital nerve deficit_____
\sensation intact    decreased fine touch abnml 2-point discrim.
\motor intact    __ peroneal nerve deficit_____
    __ post tibial nerve deficit_____

**VASCULAR**    __ pallor / cool skin / abnml cap refill_____
\no vascular    __ pulse deficit_____
compromise    dorsalis pedis post. tibial

**TENDONS**    __ tendon visualized / injury seen_____
\tendon function    extensor flexor complete partial
normal    __ deficit in tendon function_____
    limited extension limited flexion

**LEG / KNEE / THIGH**
__ uninjured    __ see diagram_____
above ankle    __ tenderness soft-tissue / bony_____
    __ swelling_____
    __ deformity_____
    __ knee effusion_____



**FOREMAN, MARCIO  01/29/1974**
ACCT# 0522031  02/25/2008  19:08
SMEESTER DANIEL J MR:000313884 M 34Y
DHM HSV:85 FC:FinancialClass PT:3

**KIN**
__see diagram_____
⌐warm, dry     __diaphoretic / cool / cyanotic_____

**EAD / ENT**
⌐ñml inspection  __tenderness_____
⌐pharynx nml    __swelling / ecchymosis_____

**ECK / BACK**
⌐ñml inspection  __tenderness_____
⌐non-tender     __swelling / ecchymosis_____

**HEST**
⌐no resp. distress  __tenderness_____
⌐non-tender     __swelling / ecchymosis_____
⌐breath snds nml  __wheezes / rales / rhonchi_____

**il (ABDOMEN)**
⌐non-tender     __tenderness / guarding_____
⌐no organomegaly
⌐nml bowel snds*  _____

**PROCEDURES**
**Wound Description / Repair**
⌐ngth_____ cm  location_____
near        irregular     flap      stellate
uperficial  *subcut      *muscle   through-and-through
ontused tissue           lip laceration
lean    contaminated  moderately / *heavily_____
**listal NVT:**  neuro & vascular status intact  no tendon injury
**nesthesia:**  local    LET / tetracaine / adrenaline / cocaine _____ mL
narcaine 0.25% 0.5%  lidoc 1% .2%  epi / bicarb digital / metacarpal block
] moderate sedation required; see attached 23d template
**rep:**
etadine                  debrided
rigated / washed w/ saline     minimal / *mod. / *' ^extensive
  minimal / mod. /*extensive   undermined
round explored               minimal / mod. / *extensive
oreign material removed      *wound margins revised
  partially  completely     *vermilion border aligned
  minimal / mod. /*extensive  multiple flaps aligned
o foreign body identified
**epair:**  Wound closed with:  wound adhesive / Dermabond / steri-strips
    SKIN-    #_____ ____-0 nylon / prolene / staples____
           interrupted  running  simple  mattress ( h / v )
    *NAIL BED-  #_____ ____-0 vicryl / chromic____
           interrupted  running  simple  mattress ( h / v )
    OTHER-   #_____ ____-0 material_____
           interrupted  running  simple  mattress ( h / v )
may indicate intermediate repair  may indicate complex repair

**NKLE-**
ace wrap / tape  boot orthosis  crutches  post-op shoe
air cast  neoprene sleeve
splint  sugar-tong / posterior  OCL / Ortho-glass / plaster
  applied by ED Physician / Orthopedist / Tech_____
  examined post splint application  NV intact  alignment good

**OTHER-**
:oes "buddy-taped"_____
subungual hematoma drained with electrocautery_____
digital block  lidocaine 1% ___ mL  marcaine 0.25% 0.5% ___ mL
oreign body removed  with forceps  with incision

**XRAYS**  ☐Interp. by me  ☐Reviewed by me  ☐Discsd w/ radiologist
R (L) foot  ankle  tib/fibula _____ toe
⌐normal / NAD    __DJD_____
⌐no fracture     __dislocation_____
⌐nml alignment   __soft-tissue swelling_____
⌐no foreign body __foreign body_____
No osteo        __fracture  non-displaced  displaced_____
No gas gang      transverse  oblique  comminuted  angulated
impacted  torus

**Other**  study: _____
☐See separate report

**PROGRESS**
Time_____  unchanged  improved  re-examined
Chm Panl  WNL _____
_____
_____
_____
__ initial fracture care provided:  follow-up on_____
__Rx given_____
__referred to / discussed with Dr._____ Time:_____
will see patient in:  office / ED / hospital in _____ days

**CLINICAL IMPRESSION**   Fall   Alleged Assault
Contusion     R / L   knee  ankle  foot
Hematoma            great toe  2ⁿᵈ toe  3ʳᵈ toe  4ᵗʰ toe  5ᵗʰ toe
Laceration
Sprain / Strain / Dislocation
Fracture      R / L   stabilized / restorative
                     tibia  distal / shaft / proximal
                     fibula  distal / shaft / proximal
                     bimalleolar  trimalleolar  talus  calcaneus
                     navicular  metatarsal  phalanx #:_____
3rd Degree Burn (L) Leg
Diabetic Neuropathy + PVD

**DISPOSITION-** ☑home ☐admit ☐transferred ☐AMA ☐eloped
**Time**
**CONDITION-**  ☐good ☐critical ☐improved ☑stable ☐serious

_____ **RESIDENT / PA / NP SIGNATURE**

**ATTENDING NOTE:**
__Resident / PA / NP's history reviewed, patient interviewed and examined.
Briefly, pertinent HPI is:_____
My personal exam of patient reveals:_____
Assessment and plan reviewed with resident / midlevel. Lab and ancillary
studies show:_____
I confirm the diagnosis of:_____
__Care plan reviewed. Patient will need:_____
Please see resident / midlevel note for details.

OW                0513
_Physician Signature_   _RTI #_   _turned care over at_

_____
_Physician Signature_   _RTI #_   _assumed care at_

# The Permanente Medical Group, Inc.

**Medicine 8**
**975 Sereno Drive**
**Vallejo, CA 94589-2441**
**Dept: 707-651-1025**
**Main: 707-651-1000**

September 28, 2007

Marcio Foreman
1260 Stanford Ave # 4

San Pablo, CA 94806

To Whom it May Concern:

I am the primary care doctor for the above named patient. He has the following medical conditions:

Patient Active Problem List:
DIABETES MELLITUS TYPE 2
PARAPLEGIA
ULCER, DECUBITUS
ULCER, ISCHEMIC LOWER EXTREMITY
OSTEOMYELITIS, CHRONIC
CLOSED FRACTURE VERTEBRAL COLUMN, WITH SPINAL CORD INJURY
LATE EFFECT OF INJURY SPINAL CORD
PERSONAL CONDITION INFECTION WITH DRUG RESISTANT
MICROORGANISMS
NEUROPATHIC BLADDER

He takes the following medications:
Active Medications as of 09/28/2007:
TRIMETHOPRIM-SULFAMETHOXAZOLE 160 MG-800 MG TAB, Sig: Take 1 tablet orally 2 times a day for 7 days
ASPIRIN   81 MG ORAL TBEC DR TAB, Sig: Take 1 tablet orally daily
OXYBUTYNIN CHLORIDE 5 MG ORAL TAB, Sig: Take 1 tablet orally 3 times a day
HYDROCODONE-ACETAMINOPHEN 5 MG-500 MG TAB, Sig: Take 1 to 2 tablets orally every 4 hours when needed for pain LIMIT OF 8 PER DAY
BACLOFEN 10 MG ORAL TAB, Sig: Take 4 tablets orally 4 times a day
BACITRACIN-POLYMYXIN B 500 UNIT-10,000 UNIT/G OINTMENT, Sig: Apply topically 1 to 3 times a day to affected area(s) DO NOT USE FOR MORE THAN 1 WEEK CAN BUY OVER THE COUNTER
METFORMIN   500 MG ORAL TAB, Sig: Take 1 tablet orally daily with food

- METFORMIN  500 MG ORAL TAB Take 1 tablet orally daily with food    100    3
- LISINOPRIL  5 MG ORAL TAB    Take 1 tablet orally daily    100    3

He has the following special medical needs:

~~He needs to self-cath every 4 hours due to neuropathic bladder~~

He takes baclofen 3 tabs every 4 hours - for muscle spasms.

~~He uses fleet enemas (2) and fleet suppositories every 2-3 days to achieve BM.~~

~~He uses bedpan b/c of hx of bedsores.~~

He requires a shower bench in shower due to paraplegia.

~~He uses wheelchair with custom Roho cushion~~

Currently he sleeps on an air mattress to help prevent bedsores.

~~He uses waffle boots while sleep to keep legs from turning inward.~~

For transfers into and out of bed, he uses sliding board.

He uses thick cream skin protectant to prevent breakdown of skin and uses skin barrier wipes.

He  uses mepilex foam for protection of this area left buttock - he needs first aid tape to secure the foam

~~He uses latex gloves for assisted bowel movements and catheterization for urine.~~


Sincerely,

REBEKAH CHANG MD

Exhibit(5)
- DOCUMENTATION -

Exhibit (6)

LETTER FROM THERAPIST

Todd TANNER

*Exhibit (6)*

Dear Sirs or Madams,                                          October 19, 2007

I have known Marcio Foreman since his admission to Kaiser Foundation Rehab Center at Vallejo, in 2003. I guess the best way to talk about Marcio's character is to briefly tell you a story that I tell my new Physical Therapy residents when I teach the Spinal Cord Injury module.

When I first met Marcio it was shortly after his injury and he was not so happy with the world. To put it more succinctly he was mad as hell. Luckily, we were able to find some common ground and rapport began to develop between us. It was simple he wanted to get better and I wanted to teach him how to become more independent.

After about 4 weeks it was time for Marcio to discharge home. Marcio and his family were not happy to hear that it was time to leave and I remember having a lively conversation with him, his aunt and some friends. What I remember most was the tone of Marcio's voice. He didn't yell, get angry or become verbally combative...he just said "please...what am I suppose to do?"

Those words hung with me after Marcio had left the hospital. I thought to myself that I do not know what kind of life Marcio was going to return to but it certainly wasn't any life that I could understand. I also felt that regardless of how Marcio came to be at this hospital that he was a good kid and maybe if he grew up in a different place he never would have gotten shot in the first place.

**Flash forward 6 months or more....the exact date I do not remember**.

I came into work and had gotten a patient slip for a new evaluation. The patient was a young male who was a victim of a gun shot wound. I had ran into his nurse in the hall and she said that this new patient was very difficult and giving them a hard time. I thought to myself, "Great!!!...happy Monday."

Later in that day I met this new patient and introduced myself as the primary physical therapist to work with him. He looked at my name tag and ask if I was Todd Tanner. Taken slightly aback by this question I said yes, then asked why. He said that his cousin Marcio had told him that I was good guy and that he was to do what I say. That is exactly how our therapy went. He worked very hard and never gave the therapists any trouble.

**Flash forward a couple of months or more....again, the exact date I do not remember**.

Marcio had started outpatient at Vallejo and I was lucky enough to work with him again. We picked up where we left off only now he was able to do more because his left upper extremity had gotten stronger. Over our many sessions I asked him how his cousin was doing. He told me the stories of how he had fallen back with a bad crowd and spent a lot of time sitting on a gun, in his wheelchair, in front of a liquor store. Marcio told me of

his many attempts to try to get his cousin to stay away from the gangs. I could see regret in his eyes and love for his cousin.

I went home and thought of what Marcio said and thought....I was right about him. He is a decent man in a bad environment. If he could just find a way out he could do most anything with his life.

From a medical stand point Marcio has a T-4 (Thoracic vertebral level four) spinal cord injury. His injury is complete, meaning that he has no motor movement or sensation below his mid chest. Marcio will spend the rest of his life in a wheelchair. He has a history of pressure sores and therefore he must use a ROHO(air) cushion any time he is seated and sleeps on a special air mattress at night. Mr. Foreman's condition is permanent and will require medical and physical follow up care for the rest of his life.

Marcio has volunteered to help train new PT residents during our spinal cord injury week. These physical therapists, many of whom have never worked with spinal patients, get a chance to practice their newly acquired academic skills on real patients. Marcio always comes when he can and occasionally he will bring his children to watch him work.

Recently Marcio has had a decline in his strength and mobility and will be starting physical therapy once again on October 31 2007.

Over the years, Marcio has proven to be a dedicated father, a respectful and reliable young man with a kind heart and life experience that I could never comprehend. Marcio has taken these qualities and experience and has tried to make a difference in his community. He talks to me with great pride about his efforts to mentor young kids away from the gangs and gang life style.

As for Marcio's cousin, well, after discharge was imprisoned, released, shot five more time and currently is in prison again. I wonder what his life might have been if he had just listened to his cousin Marcio.

I hope this is what you are looking for. Please feel free to contact me as I will enclose a card with this letter.

Todd Manning Tanner MSPT

Exhibit (7)
Hardship for Rhonda
Jackson



# CONTRA COSTA
# HEALTH SERVICES

**VISIT OR APPOINTMENT
VERIFICATION / RESTRICTIONS**

Patient: *JACKSON, RHONDA*
MR#: *149822-9*
Date: *11/30/07*

☐ Work Related / Industrial

---

**Contra Costa Regional
Medical Center
Martinez Health Centers**
2500 Alhambra Ave.
Martinez, CA 94553
1-877-905-4545

☐ **Antioch Health Center**
3505 Lone Tree Way
Antioch, CA 94509
1-877-905-4545

☐ **Bay Point Family Health Center**
215 Pacifica Ave.
Bay Point, CA 94565
1-877-905-4545

☐ **Brentwood Health Center**
171 Sandcreek Rd., Suite A
Brentwood, CA 94513
1-877-905-4545

☐ **Concord Health Center**
3052 Willow Pass Road
Concord, CA 94519
1-877-905-4545

☐ **Pittsburg Health Center**
2311 Loveridge Road
Pittsburg, CA 94565
1-877-905-4545

☐ **Richmond Health Center**
100 38th Street
Richmond, CA 94805
1-877-905-4545

☐ **North Richmond Center for Health**
1501 3rd Street
North Richmond, CA 94801
1-877-905-4545

☐ **Other**

Richmond Health Center
38th & Bissell
Richmond, Calif. 94805

---

The Above-Named Person:

☑ Has a "Serious Health Condition" and requires a family member to take time off from work to provide basic medical, personal or safety needs, transportation, or psychological comfort.
The probable frequency and duration of this need is *LIFETIME*

☐ Received medical attention at our Health Center on _____ and left at _____ am/pm.

☐ Has an appointment at our Health Center on _____ at _____.

☐ Was at our Health Center on _____ and left at _____ am / pm.

☐ Has been ill and unable to work or attend school _____ through _____.

☐ States he/she has been ill and unable to work or go to school _____ through _____

☑ Diagnosis (complete on patient request only) *DEMENTIA, INCONTINEN*

☐ Can return to work or school with NO RESTRICTIONS on _____.

☐ Should not participate in physical education until _____

☐ Can participate in a modified work program starting _____ through _____.
(Please note: If modified work is not available, this patient is then unable to work for this time period.)

**RESTRICTIONS** _____ hours per day _____ days per week
Based on an 8-hour day, employee can:

Stand/walk ....... _____ hours at a time _____ Total hours ☐ no restrictions

Sit ..................... _____ hours at a time _____ Total hours ☐ no restrictions

Drive .................. _____ hours at a time _____ Total hours ☐ no restrictions

*Lift/Carry* (Occasionally = up to 1/3 workday. Frequently = up to 2/3 workday.)

| | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| 0-10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11-25 lbs | ☐ | ☐ | ☐ | ☐ |
| 26-40 lbs. | ☐ | ☐ | ☐ | ☐ |
| Bend | ☐ | ☐ | ☐ | ☐ |
| Squat | ☐ | ☐ | ☐ | ☐ |
| Kneel | ☐ | ☐ | ☐ | ☐ |
| Climb | ☐ | ☐ | ☐ | ☐ |
| Reach above shoulders | ☐ | ☐ | ☐ | ☐ |
| Perform repetitive hand motion | ☐ | ☐ | ☐ | ☐ |

Assistive Devices? (e.g., cast, brace, crutches)

Other Restrictions *PATIENT'S CONDITIONS MAKE TRAVE*

Treatment Plan *A SEVERE HARDSHIP, FOR TRAVEL*

☐ Medication effects which could impair performance *BEYOND THE LOCAL*

☐ Physical therapy required. Frequency *AREA AROUND*

☐ Reevaluation on *SAN PABLO*

Provider Signature _____ *Troy Kan, M.D.*
G61656 BK1465978

*Richmond Health Center
38th & Bissell
Richmond, Calif.
94805*

I hereby authorize Contra Costa Regional Medical Center and/or the Contra Costa Health Centers to verify to my employer/school, upon request, the information contained on this form.

Patient Signature _____ Date *12-4-07*

Original: Chart
Copy: Patient

MR81-1 (1-07)

EXhibiT 8)
S. O. A. P. E.
REPORT

# *DEUEL VOCATIONAL INSTITUTION*

*23500 S. KASSON RD., TRACY, CA 95378*
*(209) 835-4141 EXT. 5717*

―――――――――― *S.O.A.P.E. REPORT* ――――――――――

| | | | | | |
|---|---|---|---|---|---|
| *LOCATION:* | RC | | *DOB:* 01/29/1974 | | *CDC#:* F97105 |
| *NAME:* | FOREMAN, MARCIO | | *DATE:* 02/11/2008 | | |
| *PHYSICIAN:* | CRAWFORD, C., PA-C | | | | |

### SUBJECTIVE:
This patient was requested to be seen in triage by nursing staff. Apparently, the patient was sleeping and did know his foot was on a heater. The patient is paraplegic from waist down and he was burned. He states it is a 3$^{rd}$ degree burn. He was sent to the emergency room last night and was seen by nursing staff this evening for a dressing change. They were wondering about treatment so, I elected to see this patient rather than make him wait. The patient said he was shot in 2003 in the back. He had to go 'Man down' TTA yesterday. He was seen at the emergency room. I do not have a medication list. NO UHR CHART/MEDICAL RECORDS AVAILABLE AT THIS TIME.

### OBJECTIVE:
ALLERGIES: NO KNOWN DRUG ALLERGIES AT THIS TIME. Vital Signs-BP: 100/68. Pulse: 77/min. Respiration: 20/min. Temperature: 97.6F. Weight: 180 lbs. The patient is wheelchair bound. Lower extremities are notable for obvious muscle atrophy. There is a fresh clean dressing on his foot. I elected not to remove it to examine it today. Eyes are PERRLA, EOM is intact. He appears to be in no distress. He is a 34-year old alert oriented x3 well-developed, well-nourished black male. Eyes are PERRLA, EOM is intact. Conjunctiva pink and moist. The lungs are clear in all fields. Heart regular rhythm and rate. Abdomen completely benign. Extremities as previously noted.

### ASSESSMENT:
Burn less than 24 hours old. Redressed.

### PLAN:
Daily silvadene dressing changes and nursing staff will call medial provider over when they are changing his dressing tomorrow so we can see how it is progressing.

*C. CRAWFORD, PA-C*

CC: de
dt: 02/14/08

2-12-08 - wound was examined Ø erythema, tissue is macerated c̄ serosanguinous drainage, a large fluid filled blister on sole of foot, seems to be intact whereas the lateral one has ruptured. p̄ cont. daily dressing changes.

―――――――――― *S.O.A.P.E. REPORT* ――――――――――

Exhibit (1)

S.O.A.P.E. Report

# DEUEL VOCATIONAL INSTITUTION

*23500 S. KASSON RD., TRACY, CA 95378*
*(209) 835-4141 EXT. 5717*

——————— *S.O.A.P.E. REPORT* ———————

| | | |
|---|---|---|
| *LOCATION:* RC | *DOB:* 01/29/1974 | *CDC#:* F97105 |
| *NAME:* FOREMAN, MARCIO | *DATE:* 02/11/2008 | |
| *PHYSICIAN:* CRAWFORD, C., PA-C | | |

### SUBJECTIVE:
This patient was requested to be seen in triage by nursing staff. Apparently, the patient was sleeping and did know his foot was on a heater. The patient is paraplegic from waist down and he was burned. He states it is a 3rd degree burn. He was sent to the emergency room last night and was seen by nursing staff this evening for a dressing change. They were wondering about treatment so, I elected to see this patient rather than make him wait. The patient said he was shot in 2003 in the back. He had to go 'Man down' TTA yesterday. He was seen at the emergency room. I do not have a medication list. NO UHR CHART/MEDICAL RECORDS AVAILABLE AT THIS TIME.

### OBJECTIVE:
ALLERGIES: NO KNOWN DRUG ALLERGIES AT THIS TIME. Vital Signs-BP: 100/68. Pulse: 77/min. Respiration: 20/min. Temperature: 97.6F. Weight: 180 lbs. The patient is wheelchair bound. Lower extremities are notable for obvious muscle atrophy. There is a fresh clean dressing on his foot. I elected not to remove it to examine it today. Eyes are PERRLA, EOM is intact. He appears to be in no distress. He is a 34-year old alert oriented x3 well-developed, well-nourished black male. Eyes are PERRLA, EOM is intact. Conjunctiva pink and moist. The lungs are clear in all fields. Heart regular rhythm and rate. Abdomen completely benign. Extremities as previously noted.

### ASSESSMENT:
Burn less than 24 hours old. Redressed.

### PLAN:
Daily silvadene dressing changes and nursing staff will call medial provider over when they are changing his dressing tomorrow so we can see how it is progressing.

*C. CRAWFORD, PA-C*

CC: de
dt: 02/14/08

2-12-08 - wound was examened Ø erythema, tissue is macerated c̄ serosanguinous drainage, a large fluid filled blister on sole of foot, seems to be intact whereas the lateral one has ruptured. p) cont. daily dressing changes.

——————— *S.O.A.P.E. REPORT* ———————

— **THIS FORM MUST BE KEPT CONFIDENTIAL** APR 0 7 2008

FW-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Randy J. Valenzuela    F 92648<br>DVI F, 5<br>PO BOX 600<br>Tracy, Ca 95378-0600<br>TELEPHONE NO.                    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |

NAME OF COURT: Superior Court of California, Rvs
STREET ADDRESS: 880 N. State Street CNTY
MAILING ADDRESS: 880 N. State Street
CITY AND ZIP CODE: Hemet, Ca 92543
BRANCH NAME: Hemet

PLAINTIFF/ PETITIONER: Samantha Sanchez.

DEFENDANT/ RESPONDENT: Randy J. Valenzuela

| APPLICATION FOR<br>WAIVER OF COURT FEES AND COSTS | CASE NUMBER:<br>HED 004635 |
|---|---|

**I request a court order so that I do not have to pay court fees and costs.**

1. a. ✕ I am *not* able to pay any of the court fees and costs.
   b. ☐ I am able to pay *only* the following court fees and costs *(specify)*:

2. My current street or mailing address is *(if applicable, include city or town, apartment no., if any, and zip code)*:
   DVI. F, 5 P.O. Box 600 Tracy, Ca 95378-0600
3. a. My occupation, employer, and employer's address are *(specify)*: none, incarcerated

   b. My spouse's occupation, employer, and employer's address are *(specify)*:
      N/A
4. ☐ I am receiving financial assistance under one or more of the following programs:
   a. ☐ **SSI and SSP:** Supplemental Security Income and State Supplemental Payments Programs
   b. ☐ **CalWORKs:** California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families (formerly AFDC)
   c. ☐ **Food Stamps:** The Food Stamp Program
   d. ☐ **County Relief, General Relief (G.R.), or General Assistance (G.A.)**
5. *If you checked box 4, you must check and complete* **one of the three boxes below, unless you are a defendant in an unlawful detainer action. Do not check more than one box.**
   a. ☐ *(Optional)* My Medi-Cal number is *(specify)*:
   b. ☐ *(Optional)* My social security number is *(specify)*:
      ☐☐☐ – ☐☐ – ☐☐☐☐ and my date of birth is *(specify)*:
      **[Federal law does not require that you give your social security number. However, if you don't give your social security number, you must check box c and attach documents to verify the benefits checked in item 4.]**
   c. ☐ I am attaching documents to verify receipt of the benefits checked in item 4, if requested by the court.
      **[See Form FW-001-INFO, Information Sheet on Waiver of Court Fees and Costs, *available from the clerk's office, for a list of acceptable documents.]***

**[If you checked box 4 above, skip items 6 and 7, and sign at the bottom of this side.]**

6. ☐ My total gross monthly household income is less than the amount shown on the *Information Sheet on Waiver of Court Fees and Costs* available from the clerk's office.

**[If you checked box 6 above, skip item 7, complete items 8, 9a, 9d, 9f, and 9g on the back of this form, and sign at the bottom of this side.]**

7. ☐ My income is not enough to pay for the common necessaries of life for me and the people in my family whom I support and also pay court fees and costs. **[If you check this box, you must complete the back of this form.]**

---

**WARNING: You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.**

---

I declare under penalty of perjury under the laws of the State of California that the information on both sides of this form and all attachments are true and correct.

Date: 4-3-08

RANDY VALENZUELA                          ▶ Randy Valenzuela
_____(TYPE OR PRINT NAME)_____    _(Financial information on reverse)_    (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>FW-001 [Rev. July 1, 2007] | **APPLICATION FOR WAIVER OF COURT FEES AND COSTS**<br>**(Fee Waiver)** | Legal<br>Solutions*<br>Ⓒ Plus | Government Code,<br>§ 68511 3 |

**FW-001**

| PLAINTIFF/PETITIONER: Samantha Sanchez | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Randy J. Valenzuela | HED 004625 |

## FINANCIAL INFORMATION

8.　My pay changes considerably from month to month. **[If you check this box, each of the amounts reported in item 9 should be your average for the past 12 months.]**

9.　**MY MONTHLY INCOME**

　　a.　My gross monthly pay is: . . . . . . . . . . . $ _____

　　b.　My payroll deductions are *(specify purpose and amount)*:

　　　　(1) _____ $ _____
　　　　(2) _____ $ _____
　　　　(3) _____ $ _____
　　　　(4) _____ $ _____
　　　　My TOTAL payroll deduction amount is: $ _____

　　c.　My monthly take-home pay is
　　　　*(a. minus b.)*: . . . . . . . . . . . . . . . . . . . . . $ _____

　　d.　Other money I get each month is *(specify source and amount; include spousal support, child support, parental support, support from outside the home, scholarships, retirement or pensions, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest or royalty, trust income, annuities, net business income, net rental income, reimbursement of job-related expenses, and net gambling or lottery winnings)*:

　　　　(1) _____ $ _____
　　　　(2) _____ $ _____
　　　　(3) _____ $ _____
　　　　(4) _____ $ _____
　　　　The TOTAL amount of other money is: $ _____
　　　　*(If more space is needed, attach page labeled Attachment 9d.)*

　　e.　**MY TOTAL MONTHLY INCOME IS**
　　　　*(c. plus d.)*: . . . . . . . . . . . . . . . . . . . . . . $ _____

　　f.　Number of persons living in my home: ____
　　　　Below list all the persons living in your home, including your spouse, who depend in whole or in part on you for support, or on whom you depend in whole or in part for support:

| Name | Age | Relationship | Gross Monthly Income |
|---|---|---|---|
| (1) | | | $ ____ |
| (2) | | | $ ____ |
| (3) | N/A | | $ ____ |
| (4) | | | $ ____ |
| (5) | | | $ ____ |

　　　　The TOTAL amount of other money is: $ ____
　　　　*(If more space is needed, attach page labeled Attachment 9f.)*

　　g.　**MY TOTAL GROSS MONTHLY HOUSEHOLD INCOME IS**
　　　　*(a. plus d. plus f.)*: . . . . . . . . . . . . . . . . $ _____

10.　I own or have an interest in the following property:

　　a.　Cash . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

　　b.　Checking, savings, and credit union accounts *(list banks)*:

　　　　(1) _____ $ _____
　　　　(2) _____ $ _____
　　　　(3) _____ $ _____
　　　　(4) _____ $ _____

10.　c.　Cars, other vehicles, and boats *(list make, year, fair market value (FMV), and loan balance of each)*:

| | Property | FMV | Loan Balance |
|---|---|---|---|
| (1) | | $ | $ |
| (2) | | $ | $ |
| (3) | | $ | $ |

　　d.　Real estate *(list address, estimated fair market value (FMV), and loan balance of each property)*:

| | Property | FMV | Loan Balance |
|---|---|---|---|
| (1) | | $ | $ |
| (2) | | $ | $ |
| (3) | | $ | $ |

　　e.　Other personal property — jewelry, furniture, furs, stocks, bonds, etc. *(list separately)*:

　　　　　　　　　　　　　　　　　　　　　　$ _____

11.　**My monthly expenses not already listed in item 9b above are the following:**

　　a.　Rent or house payment & maintenance　$ _____
　　b.　Food and household supplies . . . . . . . . $ _____
　　c.　Utilities and telephone . . . . . . . . . . . . . $ _____
　　d.　Clothing . . . . . . . . . . . . . . . . . . . . . . . . $ _____
　　e.　Laundry and cleaning . . . . . . . . . . . . . . $ _____
　　f.　Medical and dental payments . . . . . . . . $ _____
　　g.　Insurance (life, health, accident, etc.) . . $ _____
　　h.　School, child care . . . . . . . . . . . . . . . . $ _____
　　i.　Child, spousal support (prior marriage) . $ _____
　　j.　Transportation and auto expenses (insurance, gas, repair) . . . . . . . . . . . . $ _____
　　k.　Installment payments *(specify **purpose** and **amount**)*:

　　　　(1) _____ $ _____
　　　　(2) _____ $ _____
　　　　(3) _____ $ _____
　　　　The TOTAL amount of monthly installment payments is: . . . . . . . . . . . . $ _____

　　l.　Amounts deducted due to wage assignments and earnings withholding orders: $ _____

　　m.　Other expenses *(specify)*:

　　　　(1) _____ $ _____
　　　　(2) _____ $ _____
　　　　(3) _____ $ _____
　　　　(4) _____ $ _____
　　　　(5) _____ $ _____
　　　　The TOTAL amount of other monthly expenses is: . . . . . . . . . . . . . . . . . . . . $ _____

　　n.　**MY TOTAL MONTHLY EXPENSES ARE**
　　　　*(add a. through m.)*: . . . . . . . . . . . . . . . . $ _____

12.　Other facts that support this application are *(describe unusual medical needs, expenses for recent family emergencies, or other unusual circumstances or expenses to help the court understand your budget; if more space is needed, attach page labeled Attachment 12)*:

**WARNING: You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.**

FW-001 [Rev. July 1, 2007]

## APPLICATION FOR WAIVER OF COURT FEES AND COSTS
(Fee Waiver)

Page 2 of 2

LEGAL MAIL

Roderick Coleman IV
P.O. Box 600
F-89557 F-Room #70-20
Travis CA. 95378

RECEIVED
APR 2 4 2008

United States District Court
Eastern District of California
450 Golden Gate Ave
San Francisco CA. 94104

LEGAL