UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

Dear Sir or Madam:

Your petition has been filed as civil case number __CV 08 2233__

____ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. __✓__ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 11/07

FOREMAN