**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MARCIO FOREMAN,                             No. C 08-2233 WHA (PR)

11              Plaintiff,                        **ORDER OF TRANSFER**

12       v.

13   S. MOORE, et al.,

14              Defendants.
                                              /

15

16        This is a civil rights case brought pro se by a state prisoner.  The acts complained of

17   occurred at the Deuel Vocational Institution in Tracy, which is in the venue of the United States

18   District Court for the Eastern District of California.  Defendants, who are prison employees,

19   appear to reside there as well.  Venue, therefore, properly lies in that district and not in this one.

20   *See* 28 U.S.C. § 1391(b).

21        This case is **TRANSFERRED** to the United States District Court for the Eastern District of

22   California.  *See* 28 U.S.C. § 1406(a).  In view of the transfer, the Court will not rule upon

23   plaintiff's request for leave to proceed in forma pauperis.

24        **IT IS SO ORDERED.**

25
     Dated:  May ___5___, 2008.
26                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
27

28   G:\PRO-SE\WHA\CR.08\FOREMAN2233.TRN.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MARCIO FOREMAN,

          Plaintiff,

  v.

S MOORE et al,

          Defendant.

_____/

Case Number: CV08-02233 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Marcio Foreman
F-97105/ F Dorm #20
Deuel Correctional Facility
PO Box 600
Tracy, CA 95378

Dated: May 5, 2008

                    Richard W. Wieking, Clerk
                    By: D. Toland, Deputy Clerk