**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————
www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        415.522.2000

May 6, 2008

US District Court
Eastern District of California
Office of the Clerk
501 "I" Street
Sacramento, CA 95814

RE: CV 08-02233 WHA  MARCIO FOREMAN-v-S MOORE

Dear Clerk,

        Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

        ☒        Certified copy of docket entries.

        ☒        Certified copy of Transferral Order.

        ☐        Original case file documents.

        ☒        Please access the electronic case file for additional pleadings you may need.  See

                the attached instructions for details.


        Please acknowledge receipt of the above documents on the attached copy of this letter.



                                Sincerely,
                                RICHARD W. WIEKING, Clerk


                                by:  Susan Imbriani
                                Case Systems Administrator


Enclosures
Copies to counsel of record